# **EXHIBIT E**

Page: 1

**** DELIVERY SLIP ****

# ORANGE COUNTY INDUSTRIAL
## SEWING MACHINE COMPANY, INC.
608 E. 4th STREET, SANTA ANA, CA 92701
(714) 953-0977    FAX (714) 953-1042    (714) 953-7680

*WMC®*



| | |
|---|---|
| CUSTOMER NO: T1229 | ORDER DATE: 7/26/2017 |
| | ORDER NO: 0051119 |

| SOLD TO: | SHIP TO: |
|---|---|
| NOSSK INC. | NOSSK INC. |
| 5100 HEREFORD CT | 5100 HEREFORD CT |
| ATTN: WOLFGANG OTT | ATTN: WOLFGANG OTT |
| ANTIOCH, CA 94531 | ANTIOCH, CA 94531 |
| TELEPHONE #: (925) 788-5069 | |

| CUSTOMER P.O. | SHIP VIA | TERMS | COMMENT | SALESPERSON |
|---|---|---|---|---|
| | DAYLIGHT TRANSP | PAID | | 0007 |

| PART # / DESCRIPTION | ORDERED | SHIPPED | BACK ORDER | PRICE / UNIT | AMOUNT |
|---|---|---|---|---|---|
| /MACH<br>NEW BROTHER BKE430F<br>ELECTRONIC BARTACK MACHINE COMPLETE ON STAND, TABLETOP, AND 110 VOLT MOTOR<br>SERIAL #D7Z65772 | 1.000 | 1.000 | 0.000 | 3,750.0000 EACH | 3,750.00 |
| KIKOCID_22Q<br>CUSTOM CLAMP WITH STOPPERS ON FEED PLATE<br>FOR BROTHER KE-430F | 1.000 | 1.000 | 0.000 | 775.0000 EACH | 775.00 |
| /CCSERVFEE<br>CREDIT CARD SERVICE FEE | | | | | 148.99 |

1 PALLET 40 X 48 X 60 AT WEIGHT 325LBS
SHIP VIA: DAYLIGHT TRANSPORTATION
**FREIGHT CHARGES TO FOLLOW**

OC IND SEWING MACH CO
608 E 4TH ST
SANTA ANA, CA 92701

07/26/2017                    10:59:59
CREDIT CARD
VISA SALE

Card #           XXXXXXXXXXXX8796
SEQ #:                          2
Batch #:                      362
INVOICE                         2
Approval Code:            08772D
Entry Method:             Manual
Mode:                     Online
Card Code:                     M

SALE AMOUNT        $5115.18

CUSTOMER COPY

| | |
|---|---|
| NET ORDER: | 4,673.99 |
| LESS DISCOUNT: | 0.00 |
| FREIGHT: | 0.00 |
| SALES TAX: | 441.19 |
| ORDER TOTAL: | 5,115.18 |

All transactions completed by credit card will c

TITLE TO MERCHANDISE TO REMAIN WITH ORANGE COUNTY INDUSTRIAL SEWING MACHINE CO. UNTIL FULLY PAID FOR. ALL RETURNS WILL INCUR A 20% RESTOCKING CHARGE. LAYAWAYS ARE GOOD FOR 90 DAYS ONLY. A 1.5% SERVICE CHARGE PER MONTH WILL BE ADDED TO ALL PAST DUE BALANCES.